UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert N. Braverman, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08052
(856) 482-5544
Attorneys for Debtor

Order Filed on March 24, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JEFFREY B. MARTIN

Case No.: 20-13637

Hearing Date: 3/24/2020

Chapter: 13

Judge: JNP

# ORDER AUTHORIZING
# SALE OF REAL PROPERTY

| Recommended Local Form: | ☒ Followed | ☐ Modified |

The relief set forth on the
**ORDERED**.
**DATED: March 24, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as   3205 West Avenue, Ocean City, New Jersey  , New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | David Zelinski, Berger Realty |
| Amount to be paid: | $44,200.00 flat fee to be split with Buyers Agent |
| Services rendered: | List, promote, show property, and assist with sale |

**OR**: ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5.  The amount of $_____ claimed as exempt may be paid to the Debtor.

6.  The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7.  A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8.  ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

    a)    50% of the proceeds shall be payable to the non-filing spouse;

    b)    Debtor's 50% of the proceeds shall be held in the McDowell Law, PC trust account until further Order of this Court; and

    c)    Title shall be conveyed by both the Chapter 13 Standing Trustee and the debtor.

The successful party shall serve this Order on the debtor, any Trustee, and all parties who entered an appearance in this matter.

*rev.8/1/15*

3

United States Bankruptcy Court
District of New Jersey

In re:  
Jeffrey B. Martin  
    Debtor

Case No. 20-13637-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Mar 24, 2020  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2020.  
db         +Jeffrey B. Martin,   502 Balsam Rd.,   Cherry Hill, NJ 08003-3202

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2020 at the address(es) listed below:

          Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC  
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Douglas J. McDonough    on behalf of Creditor    Bank of America, N.A. DMcDonough@flwlaw.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank, N. A. jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com  
          Robert Braverman    on behalf of Debtor Jeffrey B. Martin rbraverman@mcdowelllegal.com, tcuccuini@mcdowelllegal.com;rbraverman@mcdowelllegal.com;Lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com  
          Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                           TOTAL: 8