UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert N. Braverman, Esq.
McDowell Law, PC
46 West Main St.
Maple Shade, NJ 08052
Phone: 856-482-5544 / Fax: 856-482-5511
rbraverman@McDowellLegal.com

Order Filed on May 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Jeffrey B. Martin,

              Debtor.

Case No.: 20-13637-JNP

Chapter: 13

Judge: Poslusny

## ORDER AUTHORIZING RETENTION OF
## Richard W. Gaeckle, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: May 26, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Richard W. Gaeckle, Esq._____

as _____Special Counsel_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: Petro Cohen Petro Matarazzo
   1814 E NJ-70, Suite 336
   Cherry Hill, NJ 08003

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 20-13637-JNP
Jeffrey B. Martin                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: May 26, 2020
                              Form ID: pdf903          Total Noticed: 2

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 28, 2020.
db             +Jeffrey B. Martin,    502 Balsam Rd.,    Cherry Hill, NJ 08003-3202
aty             Richard W Gaeckle,    Petro Cohen Petro Matarazzo,    1814 E NJ-70, Suite 336,
                 Cherry Hill, NJ  08003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 28, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    Bank of America, N.A. DMcDonough@flwlaw.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank, N. A. jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;lgadomski@schillerknapp.com
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               phillip.raymond@mccalla.com,    mccallaecf@ecf.courtdrive.com
              Raymond Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Robert Braverman    on behalf of Debtor Jeffrey B. Martin rbraverman@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 11
```