Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                                      Case No.: 20−13637−JNP
                                      Chapter: 13
                                      Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jeffrey B. Martin
    502 Balsam Rd.
    Cherry Hill, NJ 08003

Social Security No.:
    xxx−xx−8355

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       7/2/20
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)
Richard Gaeckle, Special Counsel

COMMISSION OR FEES
FEES: $24,711.86

EXPENSES
$864.41

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

      An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 29, 2020
JAN:

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 20-13637-JNP
Jeffrey B. Martin                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: May 29, 2020
                              Form ID: 137             Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2020.
```
db             +Jeffrey B. Martin,    502 Balsam Rd.,    Cherry Hill, NJ 08003-3202
aty             Richard W Gaeckle,    Petro Cohen Petro Matarazzo,     1814 E NJ-70, Suite 336,
                 Cherry Hill, NJ   08003
r              +David Zelinski,    Berger Realty,    1330 Bay Ave.,    Ocean City, NJ 08226-3269
sp              Richard Gaeckle,    Petro Cohen Petro Matarazzo,     1814 E NJ-70, Ste. 336,
                 Cherry Hill, NJ   08003
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
518745154       Akron Billing Center,    3585 Ridge Park Drive,    Akron, OH 44333-8203
518745156      +Apex Asset Management,    Attn: Bankruptcy Dept.,    PO Box 5407,    Lancaster, PA 17606-5407
518745158     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,     Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
518745157      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518796939       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
518808182      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518842013      +Bird Chiropractic,    1000 White Horse Road, #514,    Voorhees, NJ 08043-4411
518745159      +Borough of Audubon,    Attn: Tax Office,    606 W Nicholson Ave.,    Audubon, NJ 08106-1930
518745163       Delaware Valley Urology, LLC,    PO Box 1029,    Mount Laurel, NJ 08054-7029
518745164      +Diagnostic Pathology Consultants,    520 E 22nd St.,    Lombard, IL 60148-6110
518745165       EMERG PHY ASSOC OF S.JERSEY,PC,    PO Box 1109,    Minneapolis, MN 55440-1109
518811116       Emergency Physicians Associates of S Jersey PC,     PO Box 1123,    Minneapolis, MN 55440-1123
518745166      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518745167      +Experian,    PO Box 4500,    Allen, TX 75013-1311
518745168       Federal/NJ State Offset Program,    PO Box 283,    Trenton, NJ 08646-0283
518745169      +Frenkel Lambert Weiss Weisman,    80 Main St,    #460,    West Orange, NJ 07052-5414
518776825      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
518745171      +LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
518745173      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518790900      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     Bankruptcy Department,    P.O. Box 619096,
                 Dallas, TX 75261-9096
518745175       PSE&G,    ATTN: Bankruptcy Dept,    PO Box 709,    Newark, NJ 07101-0709
518745174      +ProCo,    P.O. Box 2462,    Aston, PA 19014-0462
518745176      +Regional Sewer Service,    P.O. Box 1105,    Bellmawr, NJ 08099-5105
518745177      +Rehab Connection, PC,    50 E. Gloucester Pike,    Barrington, NJ 08007-1323
518745178      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518745181      +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
518786679      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518745182       Specialized Loan Servicing LLC,    8742 Lucent Blvd.,    Suite 300,
                 Highlands Ranch, CO 80129-2386
518745183      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
518745186      +The Heart House,    120 White Horse Pike,    Suite 112,    Haddon Heights, NJ 08035-1938
518745187      +Township of Cherry Hill,    Attn: Tax Office,    820 Mercer St.,    Cherry Hill, NJ 08002-2688
518745188      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
518745190      +Victor G. Mellul, MD,    200 Kings Highway South,    Cherry Hill, NJ 08034-2506
518745191      +Virtua Health,    Patient Accounting,    2000 Crawford Place,    Suite 100,
                 Mount Laurel, NJ 08054-3920
518745192      +Virtua Medical Group,    P.O. Box 6028,    Bellmawr, NJ 08099-6028
518745194      +Wells Fargo Bank,    Mac F823f-02f,    Po Box 10438,    Des Moines, IA 50306-0438
518745193      +Wells Fargo Bank,    Attn: Written Correspondnce Dept,    Po Box 10335,
                 Des Moines, IA 50306-0335
518824672       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
518769601       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 30 2020 00:28:38      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 30 2020 00:28:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518822377       E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 00:26:29      Ally Capital,    PO Box 130424,
                 Roseville MN 55113-0004
518745155      +E-mail/Text: ally@ebn.phinsolutions.com May 30 2020 00:26:29      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
518745161      +E-mail/Text: tgraff@ocnj.us May 30 2020 00:29:14      City of Ocean City,    Attn: Tax Office,
                 861 Asbury Ave.,    Ocean City, NJ 08226-3611
518745170      +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 30 2020 00:27:52      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 29, 2020
                              Form ID: 137             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518745160         E-mail/PDF: ais.chase.ebn@americaninfosource.com May 30 2020 00:34:12      Chase Card Services,
                  Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
518745162         E-mail/Text: documentfiling@lciinc.com May 30 2020 00:27:27      COMCAST,    PO Box 1931,
                  Burlingame, CA 94011
518745172        +E-mail/Text: bknotices@mbandw.com May 30 2020 00:29:00      McCarthy, Burgess & Wolff,
                  26000 Cannon Road,    Bedford, OH 44146-1807
518745179        +E-mail/Text: bankruptcy@savit.com May 30 2020 00:29:26      SaVit Collection Agency,
                  Attn: Bankruptcy,    Po Box 250,   East Brunswick, NJ 08816-0250
518745180        +E-mail/Text: bankruptcy@savit.com May 30 2020 00:29:26      Savit Collection Agency,
                  P.O. Box 250,    East Brunswick, NJ 08816-0250
518745185         E-mail/Text: bankruptcy@td.com May 30 2020 00:28:40      TD Bank,   32 Chestnut Street,
                  Lewiston, ME 04240
518745184         E-mail/Text: bankruptcy@td.com May 30 2020 00:28:40      TD Bank,
                  Attn: Bankruptcy/TD Card Srvs,    Po Box 84037,    Columus, GA 31908
518831503         E-mail/Text: bankruptcy@td.com May 30 2020 00:28:40      TD Bank, N.A.,
                  c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,   Falmouth, ME 04105
518823185        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 30 2020 00:33:37      Verizon,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
518745189        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 30 2020 00:26:14
                  Verizon Wireless,    Attn: Verizon Bankruptcy,   500 Technology Dr, Ste 500,
                  Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 16

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2020                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor   Bank of America, N.A. DMcDonough@flwlaw.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor   TD Bank, N. A. jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;lgadomski@schillerknapp.com
              Phillip Andrew Raymond    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
               phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Robert  Braverman    on behalf of Spec. Counsel Richard  Gaeckle rbraverman@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              Robert  Braverman    on behalf of Debtor Jeffrey B. Martin rbraverman@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              Robert Davidow    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12
```