**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**3** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **0** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re: Jeffrey B. Martin

Case No.: 20-13637
Judge: JNP

Debtor(s)

## CHAPTER 13 PLAN AND MOTIONS

☐ Original    ☑ Modified/Notice Required    Date: 6/24/2020
☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **RNB**      Initial Debtor:  **JBM**      Initial Co-Debtor  _____

## Part 1: Payment and Length of Plan

a. The debtor shall pay **650.00 Monthly** to the Chapter 13 Trustee, starting on **4/1/20** for approximately 2 months and then $260 per month for 34 months. Debtor to turnover to trustee $99,514.73 from proceeds of sale of $3205 West Ave. Ocean City NJ and balance to Debtor.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☑ Other sources of funding (describe source, amount and date when funds are available):
Payment of sale proceeds within 10 days of confirmation

c. Use of real property to satisfy plan obligations:
- ☑ Sale of real property          **3205 West Ave Ocean City NJ**
Description:
Proposed date for completion:   sale complete

- ☐ Refinance of real property:
Description:
Proposed date for completion:

- ☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion:

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☑ Other information that may be important relating to the payment and length of plan: Debtor to retain proceeds from settlement of personal injury case

## Part 2: Adequate Protection          **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---:|
| Robert Braverman, Esq. | Attorney's Fees | $3,250.00 |
| **Borough of Audubon** | **Taxes and certain other debts** | **0.00** |
| **City of Ocean City** | **Taxes and certain other debts** | **0.00** |
| **Internal Revenue Service** | **Taxes Capital Gains -From Sale** | **0.00** |
| **Regional Sewer Service** | **Taxes and certain other debts** | **0.00** |
| **Regional Sewer Service** | **Taxes and certain other debts** | **0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| State of New Jersey Division of Taxation | Taxes and certain other debts | $1167.96 |
|---|---|---|
| Township of Cherry Hill | Taxes and certain other debts | 0.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

a. **Curing Default and Maintaining Payments on Principal Residence:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bank Of America | 502 Balsam Cherry Hill NJ | $263.02 | 0 | $263.02 | 236.02 |
| Mr. Cooper | 502 Balsam Cherry Hill NJ | $2153.34 | 0 | $2153.34 | 2087.77 |

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Bank of America | 110 Virginia Ave Audobon NJ | $37,450.21 | 0 | $37,450.21 | |
| Regional Sewer | 110 Virginia Ave Audobon NJ | $2666.96 | 0 | $2666.96 | |

c. **Secured claims excluded from 11 U.S.C. 506:** ☑ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ NONE

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor
Ally Financial
Wells Fargo
TD Bank
Specialized Loan Servicing

**g. Secured Claims to be Paid in Full Through the Plan** ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
|  |  | 0 |

## Part 5: Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐    Not less than $____ to be distributed *pro rata*

☑    Not less than **100** percent

☐    *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

4

| Part 6: Executory Contracts and Unexpired Leases | | | X NONE | |
|---|---|---|---|---|
| (NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.) | | | | |
| All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed: | | | | |
| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |

| Part 7: Motions   ☐ NONE |
|---|
| **NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.** |
| a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE<br>The Debtor moves to avoid the following liens that impair exemptions: |

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☐ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## Part 8: Other Plan Provisions

### a. Vesting of Property of the Estate
☒ Upon Confirmation
☐ Upon Discharge

### b. Payment Notices

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

### c. Order of Distribution

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) Other Administrative Claims
3) Secured Claims
4) Lease Arrearages
5) Priority Claims
6) General Unsecured Claims

### d. Post-Petition Claims

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: __3/2/2020__.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Add additional attorney's fees to Part 3A | Add fees for attorney Robert Braverman to Part 3a. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE
☒ Explain here: Debtor to retain any nonexempt proceeds from PI cases.
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 7/8/2020                                    /s/ Jeffrey B. Martin
                                                  **Jeffrey B. Martin**
                                                  Debtor

6

Date: _____                    _____
                                                                                            Joint Debtor

Date   7/8/2020                                  **/s/ Robert N. Braverman, Esquire**
                                                                                            **Robert N. Braverman, Esquire**
                                                                                            Attorney for the Debtor(s)

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                     Case No. 20-13637-JNP
Jeffrey B. Martin                                                          Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Jul 08, 2020
                               Form ID: pdf901              Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 10, 2020.
db             +Jeffrey B. Martin,    502 Balsam Rd.,    Cherry Hill, NJ 08003-3202
aty             Richard W Gaeckle,    Petro Cohen Petro Matarazzo,    1814 E NJ-70, Suite 336,
                 Cherry Hill, NJ   08003
r              +David Zelinski,    Berger Realty,    1330 Bay Ave.,   Ocean City, NJ 08226-3269
sp              Richard Gaeckle,    Petro Cohen Petro Matarazzo,    1814 E NJ-70, Ste. 336,
                 Cherry Hill, NJ   08003
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
518745154       Akron Billing Center,    3585 Ridge Park Drive,    Akron, OH 44333-8203
518745156      +Apex Asset Management,    Attn: Bankruptcy Dept.,    PO Box 5407,   Lancaster, PA 17606-5407
518745158     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
518745157      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
518796939       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
518808182      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518842013      +Bird Chiropractic,    1000 White Horse Road, #514,    Voorhees, NJ 08043-4411
518745159      +Borough of Audubon,    Attn: Tax Office,    606 W Nicholson Ave.,   Audubon, NJ 08106-1930
518745163       Delaware Valley Urology, LLC,    PO Box 1029,    Mount Laurel, NJ 08054-7029
518745164      +Diagnostic Pathology Consultants,    520 E 22nd St.,    Lombard, IL 60148-6110
518745165       EMERG PHY ASSOC OF S.JERSEY,PC,    PO Box 1109,    Minneapolis, MN 55440-1109
518811116       Emergency Physicians Associates of S Jersey PC,     PO Box 1123,   Minneapolis, MN 55440-1123
518745166      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518745167      +Experian,   PO Box 4500,    Allen, TX 75013-1311
518745168       Federal/NJ State Offset Program,    PO Box 283,    Trenton, NJ 08646-0283
518745169      +Frenkel Lambert Weiss Weisman,    80 Main St,    #460,   West Orange, NJ 07052-5414
518776825      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,   Addison, Texas 75001-9013
518745171      +LabCorp,   PO Box 2240,    Burlington, NC 27216-2240
518745173      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
518790900      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     Bankruptcy Department,    P.O. Box 619096,
                 Dallas, TX 75261-9096
518745175       PSE&G,   ATTN: Bankruptcy Dept,    PO Box 709,    Newark, NJ 07101-0709
518745174      +ProCo,   P.O. Box 2462,    Aston, PA 19014-0462
518745176      +Regional Sewer Service,    P.O. Box 1105,    Bellmawr, NJ 08099-5105
518745177      +Rehab Connection, PC,    50 E. Gloucester Pike,    Barrington, NJ 08007-1323
518745178      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,   Princeton, NJ 08540-1515
518745181      +South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
518786679      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518745182       Specialized Loan Servicing LLC,    8742 Lucent Blvd.,    Suite 300,
                 Highlands Ranch, CO 80129-2386
518745183      +State of New Jersey Division of Taxation,     Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
518745186      +The Heart House,    120 White Horse Pike,    Suite 112,   Haddon Heights, NJ 08035-1938
518745187      +Township of Cherry Hill,    Attn: Tax Office,    820 Mercer St.,   Cherry Hill, NJ 08002-2688
518745188      +TransUnion,    PO Box 2000,   Chester, PA 19016-2000
518745190      +Victor G. Mellul, MD,    200 Kings Highway South,    Cherry Hill, NJ 08034-2506
518745191      +Virtua Health,    Patient Accounting,    2000 Crawford Place,   Suite 100,
                 Mount Laurel, NJ 08054-3920
518745192      +Virtua Medical Group,    P.O. Box 6028,    Bellmawr, NJ 08099-6028
518745194      +Wells Fargo Bank,    Mac F823f-02f,    Po Box 10438,   Des Moines, IA 50306-0438
518745193      +Wells Fargo Bank,    Attn: Written Correspondnce Dept,    Po Box 10335,
                 Des Moines, IA 50306-0335
518824672       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
518769601       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2020 00:48:52      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2020 00:48:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518822377       E-mail/Text: ally@ebn.phinsolutions.com Jul 09 2020 00:47:55      Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
518745155      +E-mail/Text: ally@ebn.phinsolutions.com Jul 09 2020 00:47:55      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,   Bloomington, MN 55438-0901
518745161      +E-mail/Text: tgraff@ocnj.us Jul 09 2020 00:49:25      City of Ocean City,    Attn: Tax Office,
                 861 Asbury Ave.,    Ocean City, NJ 08226-3611
518745170      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 09 2020 00:48:24      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0312-1          User: admin              Page 2 of 2                  Date Rcvd: Jul 08, 2020
                              Form ID: pdf901          Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518745160         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 09 2020 00:41:36      Chase Card Services,
                   Attn: Bankruptcy,    Po Box 15298,     Wilmington, DE 19850
518745162         E-mail/Text: documentfiling@lciinc.com Jul 09 2020 00:47:59      COMCAST,    PO Box 1931,
                   Burlingame, CA 94011
518745172        +E-mail/Text: bknotices@mbandw.com Jul 09 2020 00:49:09      McCarthy, Burgess & Wolff,
                   26000 Cannon Road,    Bedford, OH 44146-1807
518745179        +E-mail/Text: bankruptcy@savit.com Jul 09 2020 00:49:37      SaVit Collection Agency,
                   Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
518745180        +E-mail/Text: bankruptcy@savit.com Jul 09 2020 00:49:37      Savit Collection Agency,
                   P.O. Box 250,    East Brunswick, NJ 08816-0250
518745185         E-mail/Text: bankruptcy@td.com Jul 09 2020 00:48:54      TD Bank,   32 Chestnut Street,
                   Lewiston, ME 04240
518745184         E-mail/Text: bankruptcy@td.com Jul 09 2020 00:48:54      TD Bank,
                   Attn: Bankruptcy/TD Card Srvs,    Po Box 84037,    Columus, GA 31908
518831503         E-mail/Text: bankruptcy@td.com Jul 09 2020 00:48:54      TD Bank, N.A.,
                   c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,    Falmouth, ME 04105
518823185        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 09 2020 00:54:02      Verizon,
                   by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518745189        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 09 2020 00:47:47
                   Verizon Wireless,    Attn: Verizon Bankruptcy,    500 Technology Dr, Ste 500,
                   Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 8, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    Bank of America, N.A. DMcDonough@flwlaw.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank, N. A. jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;lgadomski@schillerknapp.com
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               phillip.raymond@mccalla.com,    mccallaecf@ecf.courtdrive.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Robert  Braverman    on behalf of Spec. Counsel Richard  Gaeckle rbraverman@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              Robert  Braverman    on behalf of Debtor Jeffrey B. Martin rbraverman@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12
```