UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 20-13637 |
| Jeffrey Martin | Chapter: | 13 |
| | Judge: | JNP |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

__Jeffrey Martin__, __debtor__, in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below not later 7 days before the hearing date.

> Address of the Clerk:  United States Bankruptcy Court
> District of New Jersey - CAMDEN Vicinage
> United States Courthouse
> 400 Cooper Street, 4th Floor
> Camden, NJ 08101

If an objection is filed, a hearing will be held before the Honorable __Jerrold N. Poslusny__ on __August 11, 2020__ at __11:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4C__, __400 Cooper Street, 4th Floor, Camden, NJ 08101__ (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

> Nature of action:  Settlement of Personal Injury Lawsuit

> Pertinent terms of settlement:  Debtor's Special Counsel and counsel for defendant have agreed to settle the personal injury lawsuit for the sum of $75,000. After counsel fees and costs, the debtor will net $49,423.73. Debtor has claimed exemptions of $25,150.00 but the case is already a 100% plan.

Objections must be served on, and requests for additional information directed to:

Name: Robert N. Braveman, Esq., McDowell Law, PC

Address: 46 West Main Street, Maple Shade, NJ 08052

Telephone No.: 856-482-5544

*rev.8/1/15*

```
                                   United States Bankruptcy Court
                                         District of New Jersey

In re:                                                                           Case No. 20-13637-JNP
Jeffrey B. Martin                                                                Chapter 13
          Debtor                          CERTIFICATE OF NOTICE
District/off: 0312-1         User: admin                 Page 1 of 2             Date Rcvd: Jul 13, 2020
                             Form ID: pdf905             Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 15, 2020.
db             +Jeffrey B. Martin,    502 Balsam Rd.,    Cherry Hill, NJ 08003-3202
aty             Richard W Gaeckle,    Petro Cohen Petro Matarazzo,    1814 E NJ-70, Suite 336,
                 Cherry Hill, NJ   08003
r              +David Zelinski,    Berger Realty,    1330 Bay Ave.,   Ocean City, NJ 08226-3269
sp              Richard Gaeckle,    Petro Cohen Petro Matarazzo,    1814 E NJ-70, Ste. 336,
                 Cherry Hill, NJ   08003
cr             +WELLS FARGO BANK, N.A.,     Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
518745154       Akron Billing Center,    3585 Ridge Park Drive,    Akron, OH 44333-8203
518745156      +Apex Asset Management,    Attn: Bankruptcy Dept.,    PO Box 5407,   Lancaster, PA 17606-5407
518745158     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998)
518745157      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,   Tampa, FL 33634-2413
518796939       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
518808182      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518842013      +Bird Chiropractic,    1000 White Horse Road, #514,    Voorhees, NJ 08043-4411
518745159      +Borough of Audubon,    Attn: Tax Office,    606 W Nicholson Ave.,   Audubon, NJ 08106-1930
518745163       Delaware Valley Urology, LLC,    PO Box 1029,    Mount Laurel, NJ 08054-7029
518745164      +Diagnostic Pathology Consultants,     520 E 22nd St.,   Lombard, IL 60148-6110
518745165       EMERG PHY ASSOC OF S.JERSEY,PC,     PO Box 1109,   Minneapolis, MN 55440-1109
518811116       Emergency Physicians Associates of S Jersey PC,     PO Box 1123,   Minneapolis, MN 55440-1123
518745166      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518745167      +Experian,   PO Box 4500,    Allen, TX 75013-1311
518745168       Federal/NJ State Offset Program,     PO Box 283,   Trenton, NJ 08646-0283
518745169      +Frenkel Lambert Weiss Weisman,    80 Main St,    #460,   West Orange, NJ 07052-5414
518776825      +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,     P.O. Box 9013,   Addison, Texas 75001-9013
518745171      +LabCorp,   PO Box 2240,    Burlington, NC 27216-2240
518745173      +Mr. Cooper,   Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
518790900      +Nationstar Mortgage LLC d/b/a Mr. Cooper,     Bankruptcy Department,   P.O. Box 619096,
                 Dallas, TX 75261-9096
518745175       PSE&G,   ATTN: Bankruptcy Dept,    PO Box 709,    Newark, NJ 07101-0709
518745174      +ProCo,   P.O. Box 2462,    Aston, PA 19014-0462
518745176      +Regional Sewer Service,    P.O. Box 1105,    Bellmawr, NJ 08099-5105
518745177      +Rehab Connection, PC,    50 E. Gloucester Pike,    Barrington, NJ 08007-1323
518745178      +Remex Inc,   Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518745181      +South Jersey Radiology Associates,     PO Box 1710,   Voorhees, NJ 08043-7710
518786679      +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                 Highlands Ranch, Colorado 80129-2386
518745182       Specialized Loan Servicing LLC,     8742 Lucent Blvd.,   Suite 300,
                 Highlands Ranch, CO 80129-2386
518745183      +State of New Jersey Division of Taxation,     Bankruptcy Section,   PO Box 245,
                 Trenton, NJ 08695-0245
518745186      +The Heart House,    120 White Horse Pike,    Suite 112,   Haddon Heights, NJ 08035-1938
518745187      +Township of Cherry Hill,    Attn: Tax Office,    820 Mercer St.,   Cherry Hill, NJ 08002-2688
518745188      +TransUnion,   PO Box 2000,    Chester, PA 19016-2000
518745190      +Victor G. Mellul, MD,    200 Kings Highway South,    Cherry Hill, NJ 08034-2506
518745191      +Virtua Health,    Patient Accounting,    2000 Crawford Place,   Suite 100,
                 Mount Laurel, NJ 08054-3920
518745192      +Virtua Medical Group,    P.O. Box 6028,    Bellmawr, NJ 08099-6028
518745194      +Wells Fargo Bank,    Mac F823f-02f,    Po Box 10438,   Des Moines, IA 50306-0438
518745193      +Wells Fargo Bank,    Attn: Written Correspondnce Dept,    Po Box 10335,
                 Des Moines, IA 50306-0335
518824672       Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
                 Des Moines, IA 50306-0438
518769601       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,
                 Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 14 2020 00:19:29      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ   07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 14 2020 00:19:27      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518822377       E-mail/Text: ally@ebn.phinsolutions.com Jul 14 2020 00:18:48      Ally Capital,   PO Box 130424,
                 Roseville MN 55113-0004
518745155      +E-mail/Text: ally@ebn.phinsolutions.com Jul 14 2020 00:18:48      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,   Bloomington, MN 55438-0901
518745161      +E-mail/Text: tgraff@ocnj.us Jul 14 2020 00:19:52      City of Ocean City,   Attn: Tax Office,
                 861 Asbury Ave.,    Ocean City, NJ 08226-3611
518745170      +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 14 2020 00:19:07      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,   Philadelphia, PA 19101-7346
```

```
District/off: 0312-1           User: admin              Page 2 of 2                Date Rcvd: Jul 13, 2020
                               Form ID: pdf905          Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518745160          E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 14 2020 00:23:09      Chase Card Services,
                    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850
518745162          E-mail/Text: documentfiling@lciinc.com Jul 14 2020 00:18:52      COMCAST,    PO Box 1931,
                    Burlingame, CA 94011
518745172         +E-mail/Text: bknotices@mbandw.com Jul 14 2020 00:19:42      McCarthy, Burgess & Wolff,
                    26000 Cannon Road,    Bedford, OH 44146-1807
518745179         +E-mail/Text: bankruptcy@savit.com Jul 14 2020 00:19:58      SaVit Collection Agency,
                    Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
518745180         +E-mail/Text: bankruptcy@savit.com Jul 14 2020 00:19:59      Savit Collection Agency,
                    P.O. Box 250,    East Brunswick, NJ 08816-0250
518745185          E-mail/Text: bankruptcy@td.com Jul 14 2020 00:19:31      TD Bank,    32 Chestnut Street,
                    Lewiston, ME 04240
518745184          E-mail/Text: bankruptcy@td.com Jul 14 2020 00:19:31      TD Bank,
                    Attn: Bankruptcy/TD Card Srvs,    Po Box 84037,    Columus, GA 31908
518831503          E-mail/Text: bankruptcy@td.com Jul 14 2020 00:19:31      TD Bank, N.A.,
                    c/o Schiller Knapp Lefkowitz Hertzel LLP,    70 Gray Road,    Falmouth, ME 04105
518823185         +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 14 2020 00:34:44      Verizon,
                    by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518745189         +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jul 14 2020 00:18:42
                     Verizon Wireless,    Attn: Verizon Bankruptcy,    500 Technology Dr, Ste 500,
                    Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 16

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Douglas J. McDonough    on behalf of Creditor    Bank of America, N.A. DMcDonough@flwlaw.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank, N. A. jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;lgadomski@schillerknapp.com
              Phillip Andrew Raymond    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               phillip.raymond@mccalla.com,    mccallaecf@ecf.courtdrive.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Robert  Braverman    on behalf of Spec. Counsel Richard  Gaeckle rbraverman@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              Robert  Braverman    on behalf of Debtor Jeffrey B. Martin rbraverman@mcdowelllegal.com,
               tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowellle
               gal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12
```