Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.:  20−13637−JNP
                      Chapter:  13
                      Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey B. Martin
   502 Balsam Rd.
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−8355

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

      NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       11/19/20
Time:      02:00 PM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

      The following applications for compensation have been filed:

APPLICANT(S)
Richard Gaeckle, Special Counsel

COMMISSION OR FEES
FEES: $9,559.00

EXPENSES
$73.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☐    will not reduce the amount to be paid to general unsecured
              creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
              creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

      An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 21, 2020
JAN:

        Jeanne Naughton
        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13637-JNP |
| Jeffrey B. Martin | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 21, 2020 | Form ID: 137 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey B. Martin, 502 Balsam Rd., Cherry Hill, NJ 08003-3202 |
| aty | | Richard W Gaeckle, Petro Cohen Petro Matarazzo, 1814 E NJ-70, Suite 336, Cherry Hill, NJ 08003 |
| r | + | David Zelinski, Berger Realty, 1330 Bay Ave., Ocean City, NJ 08226-3269 |
| sp | | Richard Gaeckle, Petro Cohen Petro Matarazzo, 1814 E NJ-70, Ste. 336, Cherry Hill, NJ 08003 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518745154 | | Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 518745156 | + | Apex Asset Management, Attn: Bankruptcy Dept., PO Box 5407, Lancaster, PA 17606-5407 |
| 518745158 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 518745157 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518796939 | | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518808182 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518842013 | #+ | Bird Chiropractic, 1000 White Horse Road, #514, Voorhees, NJ 08043-4411 |
| 518745159 | + | Borough of Audubon, Attn: Tax Office, 606 W Nicholson Ave., Audubon, NJ 08106-1930 |
| 518745163 | | Delaware Valley Urology, LLC, PO Box 1029, Mount Laurel, NJ 08054-7029 |
| 518745164 | + | Diagnostic Pathology Consultants, 520 E 22nd St., Lombard, IL 60148-6110 |
| 518745165 | | EMERG PHY ASSOC OF S.JERSEY,PC, PO Box 1109, Minneapolis, MN 55440-1109 |
| 518811116 | | Emergency Physicians Associates of S Jersey PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518745166 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518745167 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518745168 | | Federal/NJ State Offset Program, PO Box 283, Trenton, NJ 08646-0283 |
| 518745169 | + | Frenkel Lambert Weiss Weisman, 80 Main St, #460, West Orange, NJ 07052-5414 |
| 518776825 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518745171 | + | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 518745173 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518790900 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518745175 | | PSE&G, ATTN: Bankruptcy Dept, PO Box 709, Newark, NJ 07101-0709 |
| 518745174 | #+ | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |
| 518745176 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 518745177 | + | Rehab Connection, PC, 50 E. Gloucester Pike, Barrington, NJ 08007-1323 |
| 518745178 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518745181 | + | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518786679 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518745182 | | Specialized Loan Servicing LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 518745183 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518745186 | + | The Heart House, 120 White Horse Pike, Suite 112, Haddon Heights, NJ 08035-1938 |
| 518745187 | + | Township of Cherry Hill, Attn: Tax Office, 820 Mercer St., Cherry Hill, NJ 08002-2688 |
| 518745188 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518745190 | + | Victor G. Mellul, MD, 200 Kings Highway South, Cherry Hill, NJ 08034-2506 |
| 518745191 | + | Virtua Health, Patient Accounting, 2000 Crawford Place, Suite 100, Mount Laurel, NJ 08054-3920 |
| 518745192 | + | Virtua Medical Group, P.O. Box 6028, Bellmawr, NJ 08099-6028 |
| 518745194 | + | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 518745193 | + | Wells Fargo Bank, Attn: Written Correspondnce Dept, Po Box 10335, Des Moines, IA 50306-0335 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 21, 2020 | Form ID: 137 | Total Noticed: 60 |

| | | |
|---|---|---|
| 518824672 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 | |
| 518769601 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 | |

TOTAL: 44

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 21 2020 22:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 21 2020 22:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518822377 | Email/Text: ally@ebn.phinsolutions.com | Oct 21 2020 22:00:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518745155 | + Email/Text: ally@ebn.phinsolutions.com | Oct 21 2020 22:00:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 518745162 | + Email/Text: documentfiling@lciinc.com | Oct 21 2020 22:00:00 | COMCAST, PO Box 1931, Burlingame, CA 94011-1931 |
| 518745161 | + Email/Text: tgraff@ocnj.us | Oct 21 2020 22:01:00 | City of Ocean City, Attn: Tax Office, 861 Asbury Ave., Ocean City, NJ 08226-3611 |
| 518745170 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 21 2020 22:00:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518745160 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 21 2020 22:52:21 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518745172 | + Email/Text: bknotices@mbandw.com | Oct 21 2020 22:01:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 518745179 | + Email/Text: bankruptcy@savit.com | Oct 21 2020 22:02:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518745180 | + Email/Text: bankruptcy@savit.com | Oct 21 2020 22:02:00 | Savit Collection Agency, P.O. Box 250, East Brunswick, NJ 08816-0250 |
| 518745185 | Email/Text: bankruptcy@td.com | Oct 21 2020 22:01:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240 |
| 518745184 | Email/Text: bankruptcy@td.com | Oct 21 2020 22:01:00 | TD Bank, Attn: Bankruptcy/TD Card Srvs, Po Box 84037, Columus, GA 31908 |
| 518831503 | Email/Text: bankruptcy@td.com | Oct 21 2020 22:01:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 518823185 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 21 2020 22:53:21 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518745189 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 21 2020 22:00:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Oct 21, 2020 | Form ID: 137 | Total Noticed: 60 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020                                Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America  N.A. DMcDonough@flwlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Bank  N. A. jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Robert Braverman | on behalf of Spec. Counsel Richard Gaeckle rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| Robert Braverman | on behalf of Debtor Jeffrey B. Martin rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| Robert Davidow | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com |
| Sherri Jennifer Smith | on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13