| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Robert N. Braverman, Esquire (RB4093)<br>McDowell Law, PC<br>46 West Main Street<br>Maple Shade, NJ 08052<br>Telephone: (856) 482-5544<br>Telecopier: (856) 482-5511<br>Attorneys for Debtor | Order Filed on November 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JEFFREY B. MARTIN | Case No:  20-13637<br><br>Judge:     JNP<br><br>Chapter:   13 |

# ORDER APPROVING SETTLEMENT
# OF PERSONAL INJURY LAWSUIT

The relief set forth on the

**ORDERED**
**DATED: November 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
In re:      JEFFREY B. MARTIN
Case #      20-13637/JNP
Caption:    Order Approving Settlement of Personal Injury Lawsuit

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE of McDOWELL LAW, PC, attorney for the above captioned debtor, pursuant to a Motion to Approve Settlement of a Personal Injury Lawsuit, and the Court having reviewed the supporting documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is ORDERED that the Personal Injury Lawsuit against Mark Vittese be and the same is hereby approved.

It is further ORDERED the amount of $3,447.00 shall be forwarded to the Chapter 13 Standing Trustee.

It is further ORDERED the remaining proceeds of $14,080.91 shall be disbursed to the Debtor.

It is further ORDERED Debtor's shall file amended Schedules B/C within ten (10) days of the date of this Order.