| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-2(c) Robert N. Braverman, Esquire (RB4093) McDowell Law, PC 46 West Main Street Maple Shade, NJ 08052 Telephone: (856) 482-5544 Telecopier: (856) 482-5511 Attorneys for Debtor | Order Filed on November 19, 2020 by Clerk U.S. Bankruptcy Court District of New Jersey |
|---|---|
| In Re: JEFFREY B. MARTIN | Case No: 20-13637 Judge: JNP Chapter: 13 |

## ORDER APPROVING SETTLEMENT
## OF PERSONAL INJURY LAWSUIT

The relief set forth on the

**ORDERED**
**DATED: November 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
In re:     JEFFREY B. MARTIN
Case #    20-13637/JNP
Caption:  Order Approving Settlement of Personal Injury Lawsuit

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE of McDOWELL LAW, PC, attorney for the above captioned debtor, pursuant to a Motion to Approve Settlement of a Personal Injury Lawsuit, and the Court having reviewed the supporting documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is ORDERED that the Personal Injury Lawsuit against Mark Vittese be and the same is hereby approved.

It is further ORDERED the amount of $3,447.00 shall be forwarded to the Chapter 13 Standing Trustee.

It is further ORDERED the remaining proceeds of $14,080.91 shall be disbursed to the Debtor.

It is further ORDERED Debtor's shall file amended Schedules B/C within ten (10) days of the date of this Order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13637-JNP |
| Jeffrey B. Martin | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 19, 2020 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey B. Martin, 502 Balsam Rd., Cherry Hill, NJ 08003-3202 |
| aty | | Richard W Gaeckle, Petro Cohen Petro Matarazzo, 1814 E NJ-70, Suite 336, Cherry Hill, NJ 08003 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2020              Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America  N.A. DMcDonough@flwlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Bank  N. A. jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Melissa N. Licker | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 19, 2020 | Form ID: pdf903 | Total Noticed: 2 |

    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

Raymond Shockley, Jr
    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Robert Braverman
    on behalf of Debtor Jeffrey B. Martin rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

Robert Braverman
    on behalf of Spec. Counsel Richard Gaeckle rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

Robert Davidow
    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Sherri Jennifer Smith
    on behalf of Creditor WELLS FARGO BANK  N.A. ssmith@pincuslaw.com, nj.bkecf@fedphe.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 13