Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  20−13637−JNP
                    Chapter:  13
                    Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey B. Martin
   502 Balsam Rd.
   Cherry Hill, NJ 08003

Social Security No.:
   xxx−xx−8355

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO**
**NOTICE OF FINAL CURE PAYMENT**

   TO: <u>Jeffrey B. Martin</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under
Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: February 18, 2021
JAN: def

                                                <u>Jeanne Naughton, Clerk</u>