**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jeffrey B. Martin | Social Security number or ITIN  xxx–xx–8355 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 20–13637–JNP | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

  Jeffrey B. Martin

  <u>3/5/21</u>   **By the court:** <u>Jerrold N. Poslusny Jr.</u>
  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-13637-JNP |
| Jeffrey B. Martin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 05, 2021 | Form ID: 3180W | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey B. Martin, 502 Balsam Rd., Cherry Hill, NJ 08003-3202 |
| aty | | Richard W Gaeckle, Petro Cohen Petro Matarazzo, 1814 E NJ-70, Suite 336, Cherry Hill, NJ 08003 |
| r | + | David Zelinski, Berger Realty, 1330 Bay Ave., Ocean City, NJ 08226-3269 |
| sp | | Richard Gaeckle, Petro Cohen Petro Matarazzo, 1814 E NJ-70, Ste. 336, Cherry Hill, NJ 08003 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518745154 | | Akron Billing Center, 3585 Ridge Park Drive, Akron, OH 44333-8203 |
| 518745156 | + | Apex Asset Management, Attn: Bankruptcy Dept., PO Box 5407, Lancaster, PA 17606-5407 |
| 518842013 | ++ | BIRD CHIROPRACTIC LLC, 1307 WHITE HORSE ROAD, BUILDING B SUITE 200, VOORHEES NJ 08043-2119 address filed with court:, Bird Chiropractic, 1000 White Horse Road, #514, Voorhees, NJ 08043 |
| 518808182 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518745159 | + | Borough of Audubon, Attn: Tax Office, 606 W Nicholson Ave., Audubon, NJ 08106-1930 |
| 518745163 | | Delaware Valley Urology, LLC, PO Box 1029, Mount Laurel, NJ 08054-7029 |
| 518745164 | + | Diagnostic Pathology Consultants, 520 E 22nd St., Lombard, IL 60148-6110 |
| 518745165 | | EMERG PHY ASSOC OF S.JERSEY,PC, PO Box 1109, Minneapolis, MN 55440-1109 |
| 518811116 | | Emergency Physicians Associates of S Jersey PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518745166 | + | Equifax Information Services, PO Box 740241, Atlanta, GA 30374-0241 |
| 518745167 | + | Experian, PO Box 4500, Allen, TX 75013-1311 |
| 518745168 | | Federal/NJ State Offset Program, PO Box 283, Trenton, NJ 08646-0283 |
| 518745169 | + | Frenkel Lambert Weiss Weisman, 80 Main St, #460, West Orange, NJ 07052-5414 |
| 518776825 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 518745171 | + | LabCorp, PO Box 2240, Burlington, NC 27216-2240 |
| 518745173 | + | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518790900 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 518745175 | | PSE&G, ATTN: Bankruptcy Dept, PO Box 709, Newark, NJ 07101-0709 |
| 518745174 | #+ | ProCo, P.O. Box 2462, Aston, PA 19014-0462 |
| 518745176 | + | Regional Sewer Service, P.O. Box 1105, Bellmawr, NJ 08099-5105 |
| 518745177 | + | Rehab Connection, PC, 50 E. Gloucester Pike, Barrington, NJ 08007-1323 |
| 518745178 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518745181 | + | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518786679 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518745182 | | Specialized Loan Servicing LLC, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 518745183 | + | State of New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518745186 | + | The Heart House, 120 White Horse Pike, Suite 112, Haddon Heights, NJ 08035-1938 |
| 518745187 | + | Township of Cherry Hill, Attn: Tax Office, 820 Mercer St., Cherry Hill, NJ 08002-2688 |
| 518745188 | + | TransUnion, PO Box 2000, Chester, PA 19016-2000 |
| 518745190 | + | Victor G. Mellul, MD, 200 Kings Highway South, Cherry Hill, NJ 08034-2506 |
| 518745191 | + | Virtua Health, Patient Accounting, 2000 Crawford Place, Suite 100, Mount Laurel, NJ 08054-3920 |
| 518745192 | + | Virtua Medical Group, P.O. Box 6028, Bellmawr, NJ 08099-6028 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

Case 20-13637-JNP    Doc 99    Filed 03/07/21    Entered 03/08/21 00:15:53    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: 3180W | Total Noticed: 60 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 05 2021 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 05 2021 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518822377 | EDI: GMACFS.COM | Mar 06 2021 01:28:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 518745155 | + EDI: GMACFS.COM | Mar 06 2021 01:28:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 518745158 | EDI: BANKAMER.COM | Mar 06 2021 01:28:00 | Bank of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998 |
| 518745157 | + EDI: BANKAMER.COM | Mar 06 2021 01:28:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518796939 | EDI: BANKAMER.COM | Mar 06 2021 01:28:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 518745162 | + EDI: LCIFULLSRV | Mar 06 2021 01:28:00 | COMCAST, PO Box 1931, Burlingame, CA 94011-1931 |
| 518745161 | + Email/Text: tgraff@ocnj.us | Mar 05 2021 20:47:00 | City of Ocean City, Attn: Tax Office, 861 Asbury Ave., Ocean City, NJ 08226-3611 |
| 518745170 | + EDI: IRS.COM | Mar 06 2021 01:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518745160 | EDI: JPMORGANCHASE | Mar 06 2021 01:28:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518745172 | + Email/Text: bknotices@mbandw.com | Mar 05 2021 20:46:00 | McCarthy, Burgess & Wolff, 26000 Cannon Road, Bedford, OH 44146-1807 |
| 518745179 | + Email/Text: bankruptcy@savit.com | Mar 05 2021 20:47:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 518745180 | + Email/Text: bankruptcy@savit.com | Mar 05 2021 20:47:00 | Savit Collection Agency, P.O. Box 250, East Brunswick, NJ 08816-0250 |
| 518745185 | EDI: TDBANKNORTH.COM | Mar 06 2021 01:28:00 | TD Bank, 32 Chestnut Street, Lewiston, ME 04240 |
| 518745184 | EDI: TDBANKNORTH.COM | Mar 06 2021 01:28:00 | TD Bank, Attn: Bankruptcy/TD Card Srvs, Po Box 84037, Columus, GA 31908 |
| 518831503 | EDI: TDBANKNORTH.COM | Mar 06 2021 01:28:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 518823185 | + EDI: AIS.COM | Mar 06 2021 01:28:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518745189 | + EDI: VERIZONCOMB.COM | Mar 06 2021 01:28:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 518745194 | + EDI: WFFC.COM | Mar 06 2021 01:28:00 | Wells Fargo Bank, Mac F823f-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 518745193 | + EDI: WFFC.COM | Mar 06 2021 01:28:00 | Wells Fargo Bank, Attn: Written Correspondnce Dept, Po Box 10335, Des Moines, IA 50306-0335 |
| 518824672 | EDI: WFFC.COM | Mar 06 2021 01:28:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518769601 | EDI: WFFC.COM | Mar 06 2021 01:28:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 05, 2021 | Form ID: 3180W | Total Noticed: 60 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 07, 2021          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Bank of America N.A. DMcDonough@flwlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Bank N. A. jdevine@tmppllc.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Melissa N. Licker | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper phillip.raymond@mccalla.com mccallaecf@ecf.courtdrive.com |
| Raymond Shockley, Jr | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Robert Braverman | on behalf of Spec. Counsel Richard Gaeckle rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| Robert Braverman | on behalf of Debtor Jeffrey B. Martin rbraverman@mcdowelllegal.com tcuccuini@mcdowelllegal.com;lwood@mcdowelllegal.com;kgresh@mcdowelllegal.com;kbrocious@mcdowelllegal.com;djamison@mcdowelllegal.com;cgetz@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11